UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HOUGLAND, | No. 2:17-cv-2497 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| SCOTT KERNAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with counsel and in forma pauperis, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Petitioner has filed a request for a status update in this case. ECF No. 19. The court confirms that the case has been fully briefed and is submitted for decision. The disposition of habeas matters is frequently delayed in this court due to heavy caseloads and a shortage of jurists.[1]

////

---

[1] The Eastern District of California carries one of the largest and most heavily weighted caseloads in the nation. See Office of the Clerk, United States District Court, Eastern District of California, 2021 Annual Report, "Workload Statistics," p. 19 (2021) ("[O]ur weighted caseload far exceeds the national average . . . ranking us ninth in the nation and first in the Ninth Circuit."). This problem is dramatically compounded by the need for additional judgeships commensurate with the caseloads and population of the district. See id.

1

1 | The parties are informed that the matter is currently under review. A dispositive order
2 | will issue in due course.
3 | Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall update the docket
4 | to reflect that petitioner's request for a status update in this matter (ECF No. 19) has been
5 | addressed by the court.
6 | DATED: March 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE