UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HOUGLAND,<br><br>Petitioner,<br><br>v.<br><br>SCOTT KERNAN, WARDEN,<br><br>Respondent. | No. 2:17-cv-2497 WBS AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding with counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2022, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 21. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued June 15, 2022 (ECF No. 21) are ADOPTED;

2. The petition for writ of habeas corpus is DENIED, and

3. The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: October 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

houg2497.801.hc

2